## UNITED STATES DISTRICT COURT DISTRICT OF SOUTH CAROLINA

Miyuki Maureen Johnson,

 Plaintiff,

vs.

Credit Acceptance Corporation

 Defendant.

Civil Action No.: 3:26-cv-00498-JFA-SVH
_____

# AFFIDAVIT OF INDIGENCY

I, **Miyuki Maureen Johnson**, being duly sworn, state as follows:

1. I am the Plaintiff in this action.
2. I am currently disabled and receive **SSDI**.
3. My income is fixed and limited, and I do not have sufficient funds to pay court filing fees.
4. I have no substantial savings or assets readily available to cover litigation costs.
5. Requiring payment of filing fees would cause undue hardship and deny me access to the courts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ⎵6th⎵ day of ⎵Feb⎵ , 2026.

Miyuki Maureen Johnson

## UNITED STATES DISTRICT COURT DISTRICT OF SOUTH CAROLINA

**Miyuki Maureen Johnson,**

 **Plaintiff,**                                    **Civil Action No.: _____**

**vs.**

**Credit Acceptance Corporation**

 **Defendant.**

<u>**COMPLAINT**</u>

## A. Jurisdiction and Venue

14. This Court has jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).
15. Venue is proper in this District under 28 U.S.C. § 1391.

## B. Parties

16. Plaintiff is a South Carolina resident.
17. Defendant Credit Acceptance Corporation is a national lender and debt collector affecting interstate commerce.

## C. Facts

18. Defendant attempted to collect an alleged consumer debt related to a motor vehicle.
19. Plaintiff disputed the debt and requested verification.
20. Defendant continued collection and reporting activity without proper validation.
21. Defendant's conduct caused financial harm and emotional distress.
22. Plaintiff previously filed a state court action that was dismissed **without prejudice solely due to inability to pay filing fees**, not on the merits.

## D. Claims for Relief

**Count I – FDCPA (15 U.S.C. § 1692 et seq.)** 23. Defendant engaged in false, deceptive, and misleading representations. 24. Defendant failed to cease collection after dispute.

**Count II – Unfair Practices** 25. Defendant's conduct violated federal consumer protection standards.

## E. Damages

26. Plaintiff seeks statutory damages, actual damages, costs, and appropriate equitable relief.

## F. Relief Requested

WHEREFORE, Plaintiff respectfully requests: A. Judgment in Plaintiff's favor; B. Statutory and actual damages; C. Costs; D. Any other relief the Court deems just.

**SIGNATURE**

/s/ Miyuki Maureen Johnson

Miyuki Maureen Johnson, Pro Se

**NOTARY ACKNOWLEDGMENT**

State of _South Carolina_ ) County of _Richland_ )

Subscribed and sworn to (or affirmed) before me on this _10th_ day of _February_, 2026, by
**Miyuki Maureen Johnson**, who is personally known to me or has produced
_S.C. Drivers License_ as identification.

Notary Public _Ticara Mitchell_

My Commission Expires: _10/07 2035_

TICARA MITCHELL
NOTARY
PUBLIC
My Comm. Exp.
Oct 7, 2035
STATE OF SOUTH CAROLINA